No. 87–2012. FW/PBS, INC., DBA PARIS ADULT BOOKSTORE II, ET AL. v. CITY OF DALLAS ET AL.;

No. 87–2051. M. J. R., INC., ET AL. v. CITY OF DALLAS; and

No. 88–49. BERRY ET AL. v. CITY OF DALLAS ET AL. C. A. 5th Cir. [Certiorari granted, 489 U. S. 1051.] Motion of petitioners M. J. R., Inc., et al. for leave to file a supplemental brief after argument granted. Request of petitioners FW/PBS, Inc., et al. for leave to join the supplemental brief granted.

No. 87–2066. W. S. KIRKPATRICK & CO., INC., ET AL. v. ENVIRONMENTAL TECTONICS CORP., INTERNATIONAL. C. A. 3d Cir. [Certiorari granted, 492 U. S. 905.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 88–325. AMERICAN TRUCKING ASSNS., INC., ET AL. v. SMITH, DIRECTOR, ARKANSAS HIGHWAY AND TRANSPORTATION DEPARTMENT, ET AL. Sup. Ct. Ark. [Certiorari granted, 488 U. S. 954.] Motion of respondents for leave to file a brief on reargument granted.

No. 88–493. UNIVERSITY OF PENNSYLVANIA v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 3d Cir. [Certiorari granted, 488 U. S. 992 and 490 U. S. 1015.] Motion of President and Fellows of Harvard College for leave to file a brief as *amicus curiae* granted.

No. 88–1503. CRUZAN, BY HER PARENTS AND CO-GUARDIANS, CRUZAN ET UX. v. DIRECTOR, MISSOURI DEPARTMENT OF HEALTH, ET AL. Sup. Ct. Mo. [Certiorari granted, 492 U. S. 917.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 88–1943. OFFICE OF PERSONNEL MANAGEMENT v. RICHMOND. C. A. Fed. Cir. [Certiorari granted, *ante*, p. 806.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 88–6546. DURO v. REINA, CHIEF OF POLICE, SALT RIVER DEPARTMENT OF PUBLIC SAFETY, SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY, ET AL. C. A. 9th Cir. [Certiorari granted, 490 U. S. 1034.] Motion of Rosebud Sioux Tribe et al. for leave to file a brief as *amici curiae* granted.